FANNIE KOPPER, Respondent, *v.* CITY OF YONKERS, Appellant.

*Kopper* v. *City of Yonkers,* 110 App. Div. 747, affirmed.
(Argued April 8, 1907; decided April 23, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 3, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through defendant's negligence.

*Francis A. Winslow* and *William J. Wallin* for appellant.

*Thomas F. Curran* and *William F. Bleakley* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.